# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERENCO ECUADOR LTD, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 1:19-cv-02943 |
| v. | )<br>) |
| THE REPUBLIC OF ECUADOR | )<br>) |
| Defendant. | )<br>) |

## JOINT STIPULATION AND ORDER

WHEREAS, this proceeding concerns the recognition of an award issued on September 27, 2019 (the "**Award**"), by a tribunal (the "**Tribunal**") created by the International Centre for the Settlement of Investment Disputes ("**ICSID**") in a dispute between Plaintiff Perenco Ecuador Ltd. ("**Perenco**") and Defendant Republic of Ecuador (the "**Republic,**" and together with Perenco, the "**Parties**");

WHEREAS, in the Award, the Tribunal awarded Perenco $448,820,400, plus interest, against the Republic, and awarded the Republic $54,439,517, plus interest, against Perenco;

WHEREAS, Perenco commenced this proceeding on October 1, 2019, seeking confirmation of the Award (Dkt. 1);

WHEREAS, the Republic filed an application for annulment of the Award (the "**Annulment Application**") with ICSID on October 2, 2019;

WHEREAS, Perenco filed a motion for issuance of letters rogatory on October 3, 2019 to effectuate service on the Republic (Dkt. 4);

1

WHEREAS, the Secretary-General of ICSID registered the Annulment Application on October 4, 2019 and granted the stay of enforcement of the Award requested by the Republic therein (the "**Automatic Stay**"); and

WHEREAS, the Republic applied to the annulment committee to be constituted to resolve the Annulment Application (the **"Committee"**) for an extension of the Automatic Stay through final disposition of the Annulment Application (such application, the "**Further Stay Application**"), which the Committee may grant (such further stay, if granted, the "**Further Stay**"); and

WHEREAS, the Parties wish to provide for an efficient mechanism for service of process on the Republic, to avoid unnecessary litigation over procedural matters which can be resolved consensually, and for further proceedings in this action to take place in an orderly fashion;

IT IS HEREBY STIPULATED AND AGREED by the parties and ORDERED by the Court as follows:

1. All proceedings in this Court are stayed.

2. Paragraph 1 shall remain in effect for 60 days following expiration of the Automatic Stay or expiration of the Further Stay, whichever is later, unless otherwise ordered by the Court.

3. The Republic shall respond to the Petition in this action on the 61st day following expiration of the Automatic Stay or expiration of the Further Stay, whichever is later.

4. If the Committee denies the Further Stay Application, or if the Further Stay is lifted prior to final resolution of the Annulment Application, then the Republic may move this Court for an extension of the effectiveness of Paragraph 1.

5. Service on the Republic of the Summons and Petition on the Republic shall be deemed effective upon entry of this Stipulation and Order.

Dated: December 9, 2019

| | |
|---|---|
| */s/* Ada Fernandez Johnson | /s/ Dennis H. Hranitzky |
| Ada Fernandez Johnson (DC Bar No. 463296) | Dennis H. Hranitzky (DDC Bar No. NY0117) |
| Debevoise & Plimpton LLP | Dechert LLP |
| 801 Pennsylvania Avenue, N.W. | 1095 Avenue of the Americas |
| Suite 500 | New York, New York 10036 |
| Washington, D.C. 20004 | dennis.hranitzky@dechert.com |
| afjohnson@debevoise.com | Ph: (212) 698-3500 |
| Ph: (202) 383-8000 | Fax: (212) 698-3599 |
| | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Republic of Ecuador* |
| *Perenco Ecuador Ltd.* | |

SO ORDERED:

Dated: _____, 2019

_____
Hon. Ketanji Brown Jackson