**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PERENCO ECUADOR LTD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE REPUBLIC OF ECUADOR )<br>)<br>Defendant. )<br>) | Case No. 1:19-cv-02943-KBJ |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of December 26, 2019, Plaintiff Perenco Ecuador Ltd. ("**Perenco**") and Defendant Republic of Ecuador ("**Ecuador,**" and together with Perenco, the "**Parties**") submit this joint report on the status of the proceeding before the committee (the "**Committee**") constituted to resolve Ecuador's application (the "**Annulment Application**") for annulment of the Award issued on September 27, 2019 under the Convention for the Settlement of Investment Disputes between States and Nationals of Other States (the "**Award**" and such proceeding, the "**ICSID Annulment Proceeding**"). Ecuador's annulment application included a request that the Committee stay enforcement of the Award pending its decision on the Annulment Application.

The Parties respectfully notify the Court that, following a hearing held on January 13, 2020, the Committee issued a decision on Ecuador's application for a stay of enforcement of the Award on February 21, 2020 (the "**Stay Decision**"). A copy of the Stay Decision is attached to this Joint Status Report as Exhibit A.

In the Stay Decision, the Committee provisionally continued the stay of enforcement subject to the following conditions:

a. Respondent [Ecuador] is ordered to provide the *ad hoc* Committee, within 60 days following this decision, with a letter signed by Ecuador's Minister of Finance or the official having full authority to bind Ecuador, committing to pay the Award unconditionally, voluntarily and in full, within 60 days after the Committee decides on the Application for Annulment, if the Application for Annulment were not to be upheld in full or in part, and attesting that such payment shall not be subject to any enforcement proceedings or to the intervention of Ecuador's courts.

b. If Ecuador were not to provide the letter under ¶ 80(a) with a text in form and substance satisfactory to the Committee within 60 days following the issuance of this decision, the stay shall be lifted if by such date, or at any time thereafter, Claimant [Perenco] has provided or provides the Committee with a letter signed by an officer having full authority to bind Perenco S.A. committing to unconditionally, voluntarily and in full reimburse Ecuador for any payments received under the Award, within 60 days after the Committee decides on the Application for Annulment, if the Application for Annulment were to be upheld in full or in part and attesting that such payment shall not be subject to any enforcement proceedings or court intervention.

Stay Decision ¶ 80 (Ex. A).

Under the Stay Decision, the letter requested by the Committee from Ecuador is due on or before April 21, 2020; as of the date of this Joint Status Report, Ecuador has not yet submitted it. The ICSID Annulment Proceeding remains pending. Pursuant to the Committee's procedural order dated January 16, 2020, a hearing on Ecuador's Annulment Application will be held on January 12, 2021.

Dated: March 25, 2020

| | |
|---|---|
| */s/* Ada Fernandez Johnson | /s/ Alexandre de Gramont |
| Ada Fernandez Johnson | Alexandre de Gramont |
| D.C. Bar No. 463296 | D.C. Bar No. 430640 |
| Debevoise & Plimpton LLP | Dechert LLP |
| 801 Pennsylvania Avenue, N.W. | 1900 K Street, N.W. |
| Suite 500 | Washington, DC 20006 |
| Washington, DC 20004 | alex.degramont@dechert.com |
| afjohnson@debevoise.com | Ph: (202) 261-3300 |
| Ph: (202) 383-8000 | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Republic of Ecuador* |
| *Perenco Ecuador Ltd.* | |