**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

|                              |   |                            |
|------------------------------|---|----------------------------|
|                              | ) |                            |
| PERENCO ECUADOR LTD,         | ) |                            |
|                              | ) |                            |
| Petitioner,                  | ) |                            |
|                              | ) | Case No. 1:19-cv-02943-KBJ |
| v.                           | ) |                            |
|                              | ) |                            |
| THE REPUBLIC OF ECUADOR      | ) |                            |
|                              | ) |                            |
| Respondent.                  | ) |                            |

---

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of December 26, 2019, Petitioner Perenco Ecuador Ltd. ("**Perenco**") and Respondent Republic of Ecuador ("**Ecuador**," and together with Perenco, the "**Parties**") submit this joint report on the status of the proceeding before the committee (the "**Committee**") constituted to resolve Ecuador's application (the "**Annulment Application**") for annulment of the Award issued on September 27, 2019 under the Convention for the Settlement of Investment Disputes between States and Nationals of Other States (the "**Award**" and such proceeding, the "**ICSID Annulment Proceeding**").

There have been no significant developments in the ICSID Annulment Proceeding since the Parties filed their last joint status report on June 23, 2020.  Accordingly, the ICSID Annulment Proceeding remains pending.  Pursuant to the Committee's procedural order dated January 16, 2020, Ecuador submitted its Memorial on Annulment on April 16, 2020, Perenco submitted its Counter-Memorial on July 16, 2020, and Ecuador submitted its Reply on September 16, 2020.  Under the procedural calendar set forth in the January 16, 2020 procedural

order, Perenco will submit a Rejoinder on November 16, 2020.  The hearing on Ecuador's

Annulment Application remains scheduled for January 12, 2021.

Dated:  September 21, 2020

/s/ Mark W. Friedman
Mark W. Friedman
D.D.C. Bar No. NY0328
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
mwfriedman@debevoise.com
Ph: (212) 909-6000

*Attorneys for Petitioner*
*Perenco Ecuador Ltd.*

/s/ Alexandre de Gramont
Alexandre de Gramont
D.C. Bar No. 430640
Dechert LLP
1900 K Street, N.W.
Washington, DC 20006
alex.degramont@dechert.com
Ph: (202) 261-3300

*Attorneys for Respondent*
*Republic of Ecuador*