IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PERENCO ECUADOR LTD, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. 1:19-cv-02943-KBJ |
| v. ) | |
| ) | |
| THE REPUBLIC OF ECUADOR ) | |
| ) | |
| Respondent. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of December 26, 2019, Petitioner Perenco Ecuador Ltd. ("**Perenco**") and Respondent Republic of Ecuador ("**Ecuador**," and together with Perenco, the "**Parties**") submit this joint report on the status of the proceeding before the committee (the "**Committee**") constituted to resolve Ecuador's application (the "**Annulment Application**") for annulment of the Award issued on September 27, 2019 under the Convention for the Settlement of Investment Disputes between States and Nationals of Other States (the "**Award**" and such proceeding, the "**ICSID Annulment Proceeding**").

There have been no significant developments in the ICSID Annulment Proceeding since the Parties filed their last joint status report on September 21, 2020. Accordingly, the ICSID Annulment Proceeding remains pending. Pursuant to the Committee's procedural order dated January 16, 2020, Ecuador submitted its Memorial on Annulment on April 16, 2020, Perenco submitted its Counter-Memorial on July 16, 2020, Ecuador submitted its Reply on September 16, 2020, and Perenco submitted its Rejoinder on November 16, 2020. The hearing on Ecuador's Annulment Application is scheduled for January 12–13, 2021.

1

Dated:  December 21, 2020

| | |
|---|---|
| /s/ Mark W. Friedman | /s/ Alexandre de Gramont |
| Mark W. Friedman | Alexandre de Gramont |
| D.D.C. Bar No. NY0328 | D.C. Bar No. 430640 |
| Debevoise & Plimpton LLP | Dechert LLP |
| 919 Third Avenue | 1900 K Street, N.W. |
| New York, NY 10022 | Washington, DC 20006 |
| mwfriedman@debevoise.com | alex.degramont@dechert.com |
| Ph: (212) 909-6000 | Ph: (202) 261-3300 |
| | |
| *Attorneys for Petitioner* | *Attorneys for Respondent* |
| *Perenco Ecuador Ltd.* | *Republic of Ecuador* |