**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PERENCO ECUADOR LTD., ) | |
|     *Petitioner*, ) | |
| v. ) | Case No. 19-cv-02943-KBJ |
| THE REPUBLIC OF ECUADOR, ) | |
|     *Respondent*. ) | |
| ) | |

**MOTION FOR STAY OF PROCEEDINGS TO BE LIFTED**

Petitioner Perenco Ecuador Ltd. ("Perenco"), by and through undersigned counsel, respectfully requests that this Court, effective July 27, 2021, lift the stay of this matter that it imposed on December 26, 2019. The Court's sole reason for imposing a stay in this jurisdiction—the parties' agreement to stay the matter pending proceedings under the auspices of the International Centre for the Settlement of Investment Disputes ("ICSID")—is now moot and Respondent Republic of Ecuador ("Ecuador") has acknowledged that the parties' agreement provides for the stay to expire on July 27, 2021.

Perenco commenced this proceeding on October 1, 2019, to enforce an international arbitration award rendered against Ecuador on September 27, 2019 (the "Award") by an arbitral tribunal constituted under the France-Ecuador Bilateral Investment Treaty and the ICSID Convention. *See* Petition to Enforce Arbitral Award, Oct. 1, 2019, ECF No. 1 ("Petition"). As Perenco and Ecuador (collectively, the "Parties") have previously reported, Ecuador filed an application to annul the Award ("Annulment Application") the following day, and the Secretary-General of ICSID granted Ecuador's request for a temporary stay of enforcement of the Award (the "Automatic Stay") on October 4, 2019. *See* Joint Stipulation and Order at 1–2, Dec. 9, 2019,

ECF No. 7 ("Joint Stipulation"). Ecuador also applied for an extension of the Automatic Stay (such extension, the "Further Stay"). Joint Stipulation, at 2.

The Parties then filed with this Court a Joint Stipulation and Order on December 9, 2019, providing, among other things, that "[a]ll proceedings in this Court are stayed" and that the stay "shall remain in effect for 60 days following expiration of the Automatic Stay or expiration of the Further Stay, whichever is later." Joint Stipulation, ¶ 1–2. The Joint Stipulation further provided that Ecuador shall respond to the Petition on the 61st day following expiration of that time period. *Id.* ¶ 3.

On December 26, 2019, this Court issued a Minute Order "construing the parties' Stipulation as a motion to stay and, so construed, GRANTING the motion." The Minute Order further provided that "this matter is STAYED until further Order of this Court," and ordered the Parties to file a joint status report on or before March 25, 2020 and every 90 days thereafter.

As the Parties reported pursuant to the Court's Minute Order, the committee constituted to resolve Ecuador's Annulment Application (the "Committee") imposed a Further Stay on February 21, 2020 on the condition that Ecuador provide to it:

> a letter signed by Ecuador's Minister of Finance or the official having full authority to bind Ecuador, committing to pay the Award unconditionally, voluntarily and in full, within 60 days after the Committee decides on the Application for Annulment, if the Application for Annulment were not to be upheld in full or in part, and attesting that such payment shall not be subject to any enforcement proceedings or to the intervention of Ecuador's courts.

*See* Joint Status Report at 2, March 25, 2020, ECF No. 8.

On April 20, 2020, Ecuador's Minister of Economy and Finance submitted such a letter to the Committee. As the Committee explained, the Minister's letter stated:

> In my capacity as Minister of Economy and Finance of the Republic of Ecuador, in compliance with the Committee's decision of February 21, 2020 in the arbitration proceeding ICSID No. ARB/08/06 between Perenco Ecuador Limited and the Republic of Ecuador, in case Ecuador's application for annulment were

> not to be upheld in full or in part, the Republic of Ecuador commits to pay the Award unconditionally, voluntarily and in full, within 60 days counted as from the decision of the Committee on the application for annulment, without such payment being subject . . . to enforcement proceedings or to the intervention of Ecuador's courts.

Joint Status Report at 2–3, June 21, 2021, ECF No. 15 (citing *Perenco v. Ecuador*, ICSID Case No. ARB/08/06, Annulment Proceeding, Procedural Order No. 2 ¶ 4 (Apr. 21, 2020)). The Committee accordingly ordered that "the stay of the award is maintained." *Id.* at 3 (citing *Perenco v. Ecuador*, ICSID Case No. ARB/08/06, Annulment Proceeding, Procedural Order No. 2 ¶ 6 (Apr. 21, 2020)).

On May 28, 2021, the Committee issued its decision on the Annulment Application (the "Decision"). The Decision concluded the ICSID Annulment Proceeding, confirmed the Award in the amounts previously reported by the Parties, and lifted the Committee's stay of enforcement. Joint Status Report at 1–2, June 21, 2021, (citing *Perenco v. Ecuador*, ICSID Case No. ARB/08/06, Annulment Proceeding, Decision on Annulment (May 28, 2021)). The Parties accordingly informed this Court of the Committee's decision and of their view that "the date on which . . . this Court's stay of the enforcement proceedings before the Court" is "set to expire is July 27, 2021," *id.* at 3, *i.e.* "60 days following expiration of the . . . Further Stay." Joint Stipulation, ¶ 2.

While the Parties have thus treated the expiration of this Court's stay on July 27, 2021 as automatic, in light of this Court's Minute Order providing that "this matter is STAYED until further Order of this Court," Perenco respectfully requests that this Court now formally order that the stay is lifted effective July 27, 2021. The sole basis for this Court's decision to stay the proceedings was the Parties' agreement that this matter should be stayed for "60 days following expiration of the . . . Further Stay." Joint Stipulation at ¶ 2. In light of the Annulment

Committee's Decision on May 28, 2021 terminating the Further Stay, it is now appropriate for the Court to lift its stay.

Perenco provided a draft of this Motion to Ecuador's counsel via an email sent at 12:37 PM EDT on July 27, 2021. Ecuador's counsel informed Perenco by email that it does not oppose this Motion on July 27, 2021, at 3:06 PM EDT.

Perenco hereby respectfully requests that the Court grant this Motion and execute the Proposed Order, which is attached hereto as Exhibit A.

Dated: July 27, 2021
New York, NY

                                         Respectfully submitted,

                                         */s/ Mark W. Friedman*

                                         Mark W. Friedman
                                         D.D.C. Bar No. NY0328
                                         mwfriedman@debevoise.com
                                         Debevoise & Plimpton LLP
                                         919 Third Avenue
                                         New York, NY 10022
                                         Phone (212) 909-6000


                                         *Attorneys for Petitioner*
                                         *Perenco Ecuador Ltd.*