**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PERENCO ECUADOR LTD.,

                  *Petitioner*,

     vs.

REPUBLIC OF ECUADOR,

                 *Respondent*.

Case No. 1:19-cv-02943-KBJ

## DECLARATION OF ALEXANDRE DE GRAMONT

Pursuant to 28 U.S.C. § 1746, I, Alexandre de Gramont, declare and state as follows:

1.      I am a partner in the law firm of Dechert LLP in Washington, D.C.  I am lead counsel for Respondent, the Republic of Ecuador, in this action.  I am a member of the Bar of the District of Columbia and am admitted to practice in this Court.  I respectfully submit this declaration in support of the Republic of Ecuador's Partial Opposition to Petition to Enforce Arbitral Award and Cross-Motion for Setoff.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of a letter dated July 29, 2021, from Petitioner's counsel to the ICSID *ad hoc* Annulment Committee in the proceedings styled *Perenco Ecuador Ltd. v. Republic of Ecuador*, ICSID Case No. ARB/08/06 (the "**ICSID Proceedings**").

3.      Attached hereto as **Exhibit 2** is a true and correct copy of a document obtained by my law firm's research department, showing, *inter alia*, Petitioner's "shareholder and the

controlling shareholder path" (at p. 5) based on information, which, I am informed, is available in the public domain.

    4.    Attached hereto as **Exhibit 3** is a true and correct copy of the Decision on Jurisdiction dated June 20, 2011, from the ICSID Proceedings.

    5.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, understanding, and belief.

Executed on August 9, 2021
in Washington, DC

Respectfully submitted,

*/s/ Alexandre de Gramont*
Alexandre de Gramont
D.C. Bar No. 430640
DECHERT LLP
1900 K Street NW
Washington, DC 20006
Tel.: (202) 261-3300
Fax: (202) 261-3333
alexandre.degramont@dechert.com

*Counsel for the Respondent*