IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERENCO ECUADOR LTD., <br><br> *Petitioner*, <br><br> vs. <br><br> REPUBLIC OF ECUADOR, <br><br> *Respondent*. | Case No. 1:19-cv-02943-KBJ |

**THE REPUBLIC OF ECUADOR'S PARTIAL OPPOSITION TO PETITION TO ENFORCE ARBITRAL AWARD AND CROSS-MOTION FOR SETOFF**

Pursuant to 28 U.S.C. § 1608(d), Rule 7(b) of the Federal Rules of Civil Procedure, Rule 7 of the Rules of the United States District Court for the District of Columbia, and this Court's Minute Order dated July 28, 2021, Respondent, the Republic of Ecuador (the "**Republic**"), respectfully submits this partial opposition to the Petitioner's Petition to Enforce Arbitral Award and cross-motion for setoff (the "**Partial Opposition and Cross-Motion**").[1] As more fully explained in the Republic's accompanying Memorandum submitted pursuant to Local Rule 7(a):

1. Petitioner currently owes the Republic debt of unpaid income tax in the amount of $40,845,760.13 (including principal amounts and accrued interest), which debt has been finally

---

[1] For the avoidance of doubt, by asserting the defense of setoff, the Republic does not intend to waive, and specifically reserves, its sovereign immunity to the full extent provided by applicable law. *See* 28 U.S.C. § 1602 *et seq*.

adjudicated in the courts of the Republic and is now enforceable against Petitioner under Ecuadorian law (the "**Adjudicated Tax Debt**").

2.  Additional income tax claims against Petitioner worth $30,671,345.44 (including principal amounts and accrued interest) are currently being litigated in the courts of the Republic (the "**Pending Tax Claims**").

3.  The Republic opposes the Petition to Enforce Arbitral Award (the "**Petition**") to the extent that the amounts sought from the Republic therein are not offset by the amount of the Adjudicated Tax Debt.

4.  The Republic cross-moves the Court for setoff of the amounts sought from the Republic in the Petition with the amount of the Adjudicated Tax Debt.  In addition, the Republic moves the Court to stay enforcement of the Arbitral Award against the amount of the Pending Tax Claims and reserves its right to amend its Cross-Motion to seek setoff for any Pending Tax Claims that are fully adjudicated in the Republic's favor.[2]

5.  The Republic opposes Petitioner's request for interest adjustments to the extent it seeks post-judgment interest (i.e., interest following the judgment of this Court) beyond what is provided for in 28 U.S.C. § 1961(a).  The Republic also opposes Petitioner's request for adjustment to interest on the cost award stated in the Award in favor of Empresa Estatal Petróleos del Ecuador ("**PetroEcuador**"), to the extent it is inconsistent with the Award.[3]

---

[2] The Republic reserves its right to update the amounts for the Adjudicated Tax Debt and the Pending Tax Claims as the interest thereon accrues.  The Republic further reserves its right to amend its Cross-Motion to seek setoff of any additional liabilities of Petitioner that become due to the Republic during the pendency of this action.

[3] *Compare* Petition, Prayer for Relief, (b)(iii), at 10 (ECF No. 1) (requesting the Court for an adjustment "in the net amount due to Perenco for interest on $49,629.76 due Petroecuador at an annual rate of three percent, amounting to $4.08 per day, accruing from October 1, 2019, until full and final payment") *with* Award, ¶ 1023(e) (ECF No. 1-1) (ordering Perenco-Ecuador to "pay to Petroecuador the amount of US$49,629.76 in respect of the latter's legal fees and costs,

6.  The Republic also opposes the Petition to the extent it seeks relief that is inconsistent with the Relief requested herein.

7.  In addition to the Memorandum, the Republic also submits in further support of its Partial Opposition and Cross-Motion the following:

  a.  The Declaration of Mr. Andrés Danilo Ordóñez Córdova, the General Assistant Director for Tax Enforcement of the Internal Revenue Service of the Republic of Ecuador, dated August 6, 2021 (and accompanying exhibits);

  b.  The Expert Report and Declaration of Professor Carlos Andrés Coronel Endara, a Professor at the University San Francisco de Quite USFQ and a Founding Partner and Director of the Tax Department of the Ecuadorian law firm of Lexvalor Abogadas, dated August 6, 2021 (and accompanying exhibits); and

  c.  The Declaration of Alexandre de Gramont dated August 9, 2021 (and accompanying exhibits).

### PRAYER FOR RELIEF

WHEREFORE, for the reasons stated in the Republic's Partial Opposition and Cross-Motion and accompanying submissions, the Republic respectfully asks the Court:

  a.  To offset the amount sought from the Republic in the Petition by the amount of the Adjudicated Tax Debt, $40,845,760.13 (plus additional accrued interest at or near the time the Court enters judgment);

---

together with simple interest at an annual rate of three percent ***which shall accrue from 30 June 2011*** (the date of dispatch of the Tribunal's Decision on Jurisdiction) until the date of full and final payment") (emphasis added).

3

      b.      To stay enforcement of the Award against the amount of the Pending Tax Claims, $30,671,345.44 (plus additional accrued interest at or near the time the Court enters judgment);

      c.      To deny Petitioner's request for interest adjustments to the extent it seek post-judgment interest (i.e., interest following the judgment of this Court) beyond what is provided for in 28 U.S.C. § 1961(a), and to deny the Petition's request for adjustment to interest on the cost award stated in the Award in favor of PetroEcuador, to the extent it is inconsistent with the Award;

      d      To deny the Petition on all other respects that are inconsistent with the relief requested by the Republic herein (including, without limitation, Petitioner's request for attorneys' fees and costs associated with the proceeding); and

      e      Granting any other relief as the Court deems just and proper.

Dated: August 9, 2021                    Respectfully submitted,

*/s/ Alexandre de Gramont*
Alexandre de Gramont
D.C. Bar No. 430640
DECHERT LLP
1900 K Street NW
Washington, DC 20006
Tel.: (202) 261-3300
Fax: (202) 261-3333
alexandre.degramont@dechert.com

Michael A. Losco*
N.Y. Bar No. 5356505
Tamar Sarjveladze*
N.Y. Bar No. 5703608
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel.: (212) 641-5645
michael.losco@dechert.com
tamar.sarjveladze@dechert.com
**Pro hac vice* pending*

*Counsel for the Respondent*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 9, 2021, I filed a true and correct copy of the foregoing Partial Opposition to Petition to Enforce Arbitral Award and Cross-Motion for Setoff, including the accompanying Proposed Order, Memorandum of Law, Declaration of Mr. Andrés Daniel Ordóñez Córdova (and accompanying exhibits), the Expert Report and Declaration of Professor Carlos Andrés Endara (and accompanying exhibits), and the Declaration of Alexandre de Gramont (and accompany exhibits), with the Clerk of the District Court for the District of Columbia by using the electronic CM/ECF system, and served copies of the foregoing via the Court's CM/ECF system, which will send notification of such filing to Counsel of Record.

*/s/ Alexandre de Gramont*
Alexandre de Gramont