# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERENCO ECUADOR LTD., *Petitioner*, vs. REPUBLIC OF ECUADOR, *Respondent*. | Case No. 1:19-cv-02943-KBJ |

**RESPONDENT'S MOTION AND MEMORANDUM (1) TO ENLARGE PAGE LIMIT FOR REPLY IN SUPPORT OF CROSS-MOTION FOR SETOFF BY FIVE PAGES, AND (2) TO FILE SUPPORTING DOCUMENTS IN THE ORIGINAL SPANISH, TO BE SUPPLEMENTED WITH ENGLISH TRANSLATIONS**

The Respondent, the Republic of Ecuador (the "**Respondent**" or **"Republic"**) respectfully submits this motion (1) to enlarge the page limit for its Reply in Support of its Partial Opposition to Petition To Enforce Arbitral Award and Cross-Motion for Setoff (the "**Reply**") from 25 to 30 pages; and (2) to file the Reply with its supporting documents in the original Spanish, to be supplemented with the English translations no later than October 25, 2021.  There is good cause for the relief requested and Petitioner will not be prejudiced in any way if the motion is granted.

**I.      The Court Should Enlarge the Page Limit for the Reply to Thirty Pages**

This case arises from a Petition to enforce an ICSID arbitration award against the Republic worth nearly $400 million (the "**Award**").  On August 9, 2021, the Republic filed its Partial Opposition to Petition To Enforce Arbitral Award and Cross-Motion for Setoff (the "**Cross-Motion**") (ECF No. 20-1).  The Cross-Motion asked the Court (1) for a setoff and/or a stay of enforcement for Award amounts representing Petitioner's unpaid income taxes in

Ecuador (amounting in total to approximately $71.5 million), and (2) to reject Petitioner's request for post-judgment interest at a rate that exceeds that provided for by 28 U.S.C. § 1961(a). The Republic's Cross-Motion is twenty-nine (29) pages long (well within the 45-page limit) and was accompanied by the First Expert Report of Professor Carlos Andrés Coronel Endara (which is 26 pages long and accompanied by 54 exhibits) and the First Declaration of Mr. Andrés Danilo Ordóñez Córdova (which is 38 pages long and accompanied by 49 exhibits). Both the Expert Report of Professor Coronel and the Declaration of Mr. Ordóñez (along with their accompanying exhibits) were submitted in their original Spanish and accompanied by certified English translations.

On September 20, 2021 (six weeks after the submission of the Cross-Motion and pursuant to an agreed briefing schedule), Petitioner filed its Consolidated Response to the Republic of Ecuador's Partial Opposition to Petition To Enforce Arbitral Award and Cross-Motion for Setoff (the "**Response**") (ECF No. 30). The Response raised a host of new issues not addressed in the Cross-Motion, including, for example, its assertion that the principal authorities relied upon for the Republic's setoff request[1] were based on fallacious reasoning and should be disregarded by this Court, and that the Republic has to satisfy all the requirements for enforcing foreign judgments in this Court as prerequisites for setoff (which requirements the Republic does not believe are applicable to its equitable setoff claim). While the Republic disagrees with Petitioner's arguments on these points, the Republic must still address them. The Republic must also respond to a number of factual assertions made in the Response (if only to explain why the Republic considers them irrelevant to its Cross-Motion).

---

[1] *Mobil Cerro Negro, Ltd. v. Bolivarian Republic of Venezuela*, 863 F.2d 95 (2d Cir. 2017) and *Micula v. Gov't of Romania*, 404 F. Supp. 2d 265 (D.D.C. 2019), *aff'd*, 805 F. Apx. 1 (D.C. Cir. May 19, 2020).

Petitioner's Response is forty-five (45) pages long and accompanied by the Expert Report of Ms. Carmen Amalia Simone Lasso (which is 70 pages long and accompanied by 56 exhibits) and the Declaration of Mr. Emmanuel Marie Patrick Colombel (which is 38 pages and accompanied by 57 exhibits).

The Republic has endeavored to address Petitioner's arguments in the 25 pages allotted for replies under Rule 7(e) of the Rules of the United States District Court for the District of Columbia.  However, the issues raised by Petitioner are too numerous (and, in many instances, too complex) for the Republic to be able to make its Reply adequately in 25 pages.  Several of the issues raised by the parties are novel, complex, and important.  They need to be briefed properly by both sides.  Accordingly, the Republic respectfully moves the Court for a modest five-page enlargement, i.e., from 25 to 30 pages.  Given the voluminous filings made by both parties, an additional five pages will in no way prejudice Petitioner and will further the interests of justice by allowing the Republic to be heard in reply to Petitioner's arguments.  Accordingly, the Court should grant the Republic's motion to enlarge the page limit for its Reply to 30 pages.

**II.     The Court Should Allow the Republic to Submit its Supporting Documents in Spanish, To Be Supplement by English Translations**

To reply adequately to Petitioner's Response, and to respond to the various assertions and arguments made in the Expert Report of Ms. Lasso and the Declaration of Mr. Colombel, the Republic has asked Prof. Coronel to prepare a Second Expert Report and Mr. Ordóñez to prepare a Second Declaration.  As the Court will recall, the Republic filed a motion to enlarge the date to file its Reply from October 11, 2021 (the deadline under the parties' agreed schedule) to November 1, 2021 (i.e., a three-week extension), both because of the complexity and number of issues to be addressed, but also because of the time needed to translate the Lasso Expert Report and Colombel Declaration into Spanish for the Republic's witnesses—and then to translate Prof.

3

Coronel's Second Expert Report and Mr. Ordóñez's Second Declaration from Spanish to English. *See* Respondent's Motion and Memorandum To Enlarge Time To File Reply in Support of Cross-Motion for Setoff (ECF No. 34). Petitioner opposed the motion, asking the Court to deny it altogether or, in the alternative, enlarge the deadline by only one week (to October 18, 2021). *See* Petitioner's Opposition to Respondent's Motion and Memorandum to Enlarge Time to File Reply in Support of Cross-Motion, at 7 ("**Petitioner's Opposition**") (ECF No. 35). By Minute Order dated October 8, 2021, the Court enlarge the deadline by only one week.

With considerable effort, Prof. Coronel finished his Second Report and Mr. Ordóñez finished his Second Declaration in time to support the completion of (and to accompany) the Reply. However, because the Report and Declaration were prepared in Spanish—and were only just finalized—the Republic has not had time to obtain certified translations into English. We have submitted them for certified translations on an expedited basis and anticipate being able to submit the certified translations no later than October 25, 2021 (and hopefully sooner).

Here, too, the submission of the Second Coronel Report and the Second Ordóñez Declaration (and their exhibits) in their Spanish original, to be followed in several days by English translations, will in no way prejudice Petitioner. Petitioner's counsel no doubt includes team members who can read Spanish. Moreover, Petitioner does not have any deadline for a responsive pleading (a point Petitioner argued in opposing the Republic's motion to enlarge the deadline, asserting that "there is no prospect for reciprocal delay," Petitioner's Opposition, at 6). By contrast, allowing the Republic to submit the supporting documents in Spanish—to be supplemented in several days with English translations—will enable the Republic to make its substantive filing today (i.e., the date ordered by the Court in its Minute Order of October 8,

4

2021).

Accordingly, the Court should grant the Republic's request to submit its supporting documents in Spanish (in the form attached hereto as Exhibit A), to be supplemented with English translations by no later than October 25, 2021.

As required by Local Civil Rule 7(m), counsel for Respondent has conferred with counsel for Petitioner. Counsel for Petitioner has informed the undersigned counsel that they oppose the Republic's request for an additional five pages for its Reply. Counsel for Petitioner further advised that they would not oppose the motion regarding the submission of the original Spanish supporting documents—provided that they are filed by 5 pm (EDT), October 21, 2021. Having consulted with its translation service-providers, the Respondent believes that it will not be feasible to file the certified English translations by the time specified by Counsel for Petitioner. Respondent cannot commit to submitting them prior to October 25, 2021, but will make its best efforts to submit before them.

## **CONCLUSION**

For the foregoing reasons, the Court should grant the Republic's motion (1) to enlarge the page limit for its Reply to 30 pages; and (2) grant the Republic leave to submit its supporting documents—specifically, the Second Coronel Report and the Second Ordóñez Declaration (both with accompanying exhibits) in their original Spanish, to be followed by the submission of English translations. A proposed Order is attached.

Dated:  October 18, 2021                    Respectfully submitted,

*/s/ Alexandre de Gramont*
Alexandre de Gramont
D.C. Bar No. 430640
DECHERT LLP
1900 K Street NW
Washington, DC 20006
Tel: (202) 261-3300
Fax: (202) 261-3333
alexandre.degramont@dechert.com

Michael A. Losco\*
N.Y. Bar No. 5356505
Tamar Sarjveladze\*
N.Y. Bar No. 5703608
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel.: (212) 641-5645
michael.losco@dechert.com
tamar.sarjveladze@dechert.com
\*Admitted *pro hac vice*

*Counsel for the Respondent*