IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERENCO ECUADOR LTD., | ) |
| *Petitioner*, | ) |
| v. | ) |
| | ) Case No. 19-cv-02943-KBJ |
| THE REPUBLIC OF ECUADOR, | ) |
| *Respondent*. | ) |
| | ) |

**PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION FOR LEAVE TO FILE EXCESS PAGES FOR REPLY IN SUPPORT OF CROSS-MOTION FOR SETOFF AND TO FILE SUPPORTING DOCUMENTS**

Petitioner Perenco Ecuador Limited respectfully requests that this Court deny Ecuador's Motion and Memorandum (1) to Enlarge Page Limit for Reply in Support of Cross-Motion for Setoff By Five Pages, and (2) to File Supporting Documents in the Original Spanish, to Be Supplemented with English Translations ("Motion on Reply Brief"), ECF No. 38.

Ecuador has not shown good cause for its eleventh-hour request that this Court expand the page limits for Ecuador's Reply after Perenco already complied with the page limits for its Consolidated Response to the Republic of Ecuador's Partial Opposition to Petition to Enforce Arbitral Award and Cross-Motion for Setoff ("Consolidated Response"), ECF Nos. 29-30. Nor has Ecuador established any reason why this Court should amend its October 8, 2021 Minute Order requiring Ecuador to file its Reply to Perenco's Consolidated Response today, and should instead permit Ecuador a full additional week to file its expert report and fact witness statement in English.

1

**BACKGROUND**

On October 8, 2021, this Court issued a Minute Order requiring Ecuador to file its Reply to Perenco's Consolidated Response on October 18, 2021. The Court thus granted Ecuador a one-week extension to the October 11, 2021 deadline that the parties had previously requested in a Joint Motion to Modify Schedule, ECF No. 28, and that this Court had adopted in a Minute Order dated August 20, 2021.

Ecuador had instead sought a three-week extension to the agreed-upon deadline, asserting, among other things, that Perenco had made "numerous novel and complex legal and factual arguments" and that Ecuador "needs adequate time to work with its Expert Witness and its Fact Witness . . . neither of whom are native English speakers and both of whom will need to prepare their declarations in Spanish." Respondent's Mot. and Mem. to Enlarge Time to File Reply in Supp. of Cross-Mot. for Setoff ("Extension Motion") at 9, ECF No. 34. Perenco opposed Ecuador's request for a three-week extension on the basis that Ecuador had not established good cause "for this Court to grant Ecuador yet another extension that would *double* the amount of time that Ecuador itself sought and agreed to for its Reply and that this Court allotted in its Scheduling Order of August 20, 2021." Petitioner's Corrected Opp. to Respondent's Mot. and Mem. to Enlarge Time to File Reply in Supp. of Cross-Mot. for Setoff ("Corrected Opp. to Extension Motion") at 1, ECF No. 36. Perenco also noted that it had offered Ecuador an additional week to file its Reply. *Id.* at 1-2.

On October 18, 2021, the Court-ordered deadline for Ecuador to file its Reply, Ecuador submitted its Motion on Reply Brief requesting that this Court grant Ecuador leave (1) to file a 30-page Reply, rather than the 25 pages permitted by Local Civil Rule 7(e) of the Rules of the U.S. District Court for the District of Columbia, and (2) to submit English translations of its

2

Spanish-language expert report and fact witness declaration and the exhibits thereto "no later than October 25, 2021 (and hopefully sooner)." Motion on Reply Brief at 1, 4, ECF No. 38.

## ARGUMENT

Ecuador has not established that there is good cause for expanding the page limit for its Reply after Perenco already complied with the page limits set by the Local Rules or extending the deadline for its supporting documents beyond the extension this Court granted on October 8.

There is no reason why Ecuador should be permitted to exceed the page limit set by Local Civil Rule 7(e), which provides that "a reply memorandum shall not exceed 25 pages, without prior approval of the Court." There was nothing extraordinary about Perenco's Consolidated Response that would justify enlarging the page limit; Perenco did not raise any new issues, but simply countered Ecuador's arguments. *See* Corrected Opp. to Extension Motion at 5. And Perenco complied with the 45-page limit for its Consolidated Response even though Ecuador's Partial Opposition to Enforce Arbitral Award and Cross-Motion for Setoff, ECF No. 19, concerned Ecuadorian tax proceedings spanning almost two decades and raised complex legal issues under both U.S. and Ecuadorian law. Perenco had more to say, but the Court's rules did not permit a longer brief. Perenco accordingly devoted additional time in advance of its deadline to making choices about what to include and what to cut to abide by the Local Rules. This Court should require Ecuador to comply with those rules just as Perenco did.

This Court should also deny Ecuador's request that it reconsider its decision to grant Ecuador a one-week extension for its Reply. As Ecuador concedes, it initially sought a three-week extension in part because "of the time needed . . . to translate Prof. Coronel's Second Expert Report and Mr. Ordóñez's Second Declaration from Spanish to English," Motion on Reply Brief at 3-4 (citing Extension Motion), but this Court credited Perenco's arguments that it

would be unfair to permit Ecuador to deviate from the deadline the parties had negotiated and the Court had ordered by more than a week, *see* Corrected Opp. to Extension Motion at 1-2; Minute Order, Oct. 8, 2021.  Ecuador should not be permitted to now delay Perenco's assessment of the need for a sur-reply and this Court's consideration of the parties' briefing by double the amount of time this Court provided for on October 8.

As Ecuador concedes, Perenco sought to accommodate Ecuador's need for additional time to complete translations, and did not oppose Ecuador filing those translations by 5pm EST on October 21, 2021.  Motion on Reply Brief at 5.  However, Perenco cannot consent to a full week of additional delay where Ecuador has succeeded in withholding any compensation for its breaches of contract and international law ***for over a decade*** and persistently seeks to delay this proceeding.  *See* Corrected Opp. to Extension Motion at 6-7.  Furthermore, a delay of a full week would prejudice Perenco given that it agreed to file and in fact filed its Consolidated Response to Ecuador's "voluminous submission within six weeks only on the condition that Ecuador then file its Reply in three weeks."  *See id.* at 4.

4

## CONCLUSION

Perenco hereby respectfully requests that the Court deny Ecuador's Motion on Reply Brief and execute the Proposed Order, which is attached hereto as Exhibit A, and which would grant Ecuador until 5pm EST on October 21, 2021 to file English translations of any Spanish-language documents submitted together with its Reply.

Dated: October 18, 2021
       New York, NY

                                Respectfully submitted,

                                /s/ Mark W. Friedman

                                Mark W. Friedman
                                D.D.C. Bar No. NY0328
                                mwfriedman@debevoise.com
                                Debevoise & Plimpton LLP
                                919 Third Avenue
                                New York, NY 10022
                                Phone (212) 909-6000


                                *Attorneys for Petitioner*
                                *Perenco Ecuador Ltd.*