IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERENCO ECUADOR LTD.,

    *Petitioner*,

vs.

REPUBLIC OF ECUADOR,

    *Respondent*.

Case No. 1:19-cv-02943-KBJ

## NOTICE OF FILING

In accordance with the Court's Minute Order dated October 19, 2021, Respondent, the Republic of Ecuador, hereby submits its English translations of (1) the Second Expert Report of Carlos Andrés Coronel Endara on Ecuadorian Tax Law (ECF No. 40-2) and accompanying exhibits (ECF Nos. 40-4 through 40-13)[1]; and (2) the Second Declaration of Andrés Danilo Ordóñez Córdova (ECF No. 40-14) and accompanying exhibits (ECF Nos. 40-15 through 40-48).

---

[1] Exhibit 1 to the Second Coronel Report (ECF No. 40-3) was submitted originally in English. Accordingly, there is no translation to be submitted for Prof. Coronel's Exhibit 1.

| | |
|---|---|
| Dated:  October 25, 2021 | Respectfully submitted,<br><br>*/s/ Alexandre de Gramont*<br>Alexandre de Gramont<br>D.C. Bar No. 430640<br>DECHERT LLP<br>1900 K Street NW<br>Washington, DC 20006<br>Tel: (202) 261-3300<br>Fax: (202) 261-3333<br>alexandre.degramont@dechert.com<br>Michael A. Losco*<br>N.Y. Bar No. 5356505<br>Tamar Sarjveladze*<br>N.Y. Bar No. 5703608<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Tel.: (212) 641-5645<br>michael.losco@dechert.com<br>tamar.sarjveladze@dechert.com<br>*Admitted *pro hac vice*<br><br>*Counsel for the Respondent* |