IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERENCO ECUADOR LTD., | ) |
|     *Petitioner*, | ) |
| v. | ) |
| THE REPUBLIC OF ECUADOR, | ) Case No. 19-cv-02943-KBJ |
|     *Respondent*. | ) |
| | ) |

## NOTICE OF WITHDRAWAL AS COUNSEL FOR PETITIONER PERENCO ECUADOR LIMITED

Effective December 31, 2021, Ada Fernandez Johnson will no longer be employed by the firm of Debevoise & Plimpton LLP ("Debevoise"), and respectfully withdraws as counsel for Petitioner Perenco Ecuador Limited ("Perenco"). Remaining Debevoise counsel of record for Perenco—Mark W. Friedman—will continue to represent Perenco in the above-captioned matter.

Dated: December 2, 2021
       Washington, D.C.

Respectfully submitted,

*/s/ Ada Fernandez Johnson*

Ada Fernandez Johnson
D.C. Bar No. 463296
801 Pennsylvania Avenue, N.W.
Suite 500
Washington, DC 20004
Phone (202) 383-8000
afjohnson@debevoise.com

*Attorneys for Petitioner
Perenco Ecuador Limited*