**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PERENCO ECUADOR LTD., | ) | |
| *Petitioner*, | ) | |
| v. | ) | Case No. 19-cv-02943-JMC |
| THE REPUBLIC OF ECUADOR, | ) | |
| *Respondent*. | ) | |
| | ) | |

## JOINT MOTION FOR LEAVE TO SUPPLEMENT THE RECORD, FOR A BRIEFING SCHEDULE, AND FOR THE SCHEDULING OF ORAL ARGUMENT

Petitioner Perenco Ecuador Limited ("Perenco") and Respondent Republic of Ecuador ("Ecuador," and together with Perenco, the "Parties") jointly move the Court to enter the attached Proposed Order supplementing the record with additional evidence relevant to Perenco's Petition to Enforce Arbitral Award (the "Petition"), ECF No. 1, and Ecuador's Cross-Motion for Setoff, ECF No. 20, setting a briefing schedule, and scheduling oral argument on the Petition and Cross-Motion once briefing is complete.

The Parties agree that a decision rendered by the Tax Chamber of the Ecuadorian National Court of Justice (the "NCJ") on November 8, 2021 (the "November 8 Decision") is relevant to the matters in dispute and should be added to the record in this case. The Parties attach the November 8 Decision in its original in Spanish, along with an agreed certified translation, as Joint Exhibit 1 hereto. The Parties also agree that their differing views on the consequences of the November 8 Decision for this case should be addressed in short briefs (no longer than 10 pages each), to be submitted in accordance with the Parties' agreed briefing

schedule stated below and in the Proposed Order.  Finally, the Parties reiterate their requests for oral argument (as made in their prior individual submissions) as a joint request.

The background of this dispute is set forth at length in the Parties' prior submissions and will only be briefly summarized here.  In sum, Perenco seeks recognition and enforcement of an arbitral award (the "Award") rendered against Ecuador by an arbitral tribunal constituted under the France-Ecuador Bilateral Investment Treaty and the International Centre for Settlement of Investment Disputes ("ICSID") Convention (*see* Petition, ECF No. 1), as modified by an ICSID Annulment Committee on May 28, 2021.  *See* Joint Status Report at 1-2, June 2021, ECF No. 15.

Ecuador has filed a Partial Opposition and Cross-Motion for Setoff (the "Cross-Motion"), ECF No. 20, in which Ecuador seeks setoff for certain tax judgments that it claims are final and enforceable against Perenco under Ecuadorian law and seeks a partial stay of enforcement of the Award for tax debt that it claims has been assessed against Perenco but is still being litigated in the Ecuadorian Courts.  Perenco opposes the Cross-Motion in its entirety.[1]

The Parties completed briefing on Perenco's Petition and Ecuador's Cross-Motion on October 18, 2021.[2]

---

[1]  The Parties also disagree on whether the post-award interest rate ordered by the arbitral tribunal governs the post-judgment interest rate to be ordered by this Court when it enters judgment.  The November 8 Decision is not directly relevant to that issue (except to the extent it affects the amounts to which the post-judgment interest rate is to be applied).

[2]  Perenco filed its Petition on October 1, 2019.  ECF No. 1.  The action was then stayed from December 26, 2019 through July 27, 2021, pending the resolution of Ecuador's annulment petition before the ICSID Annulment Committee.  Following the decision of the ICSID Annulment Committee, the Court granted Perenco's Unopposed Motion to Lift Stay by Minute Order dated July 28, 2021.  Thereafter, Ecuador filed its Cross-Motion on August 9, 2021 (ECF No. 20); Perenco filed its Consolidated Response to Ecuador's Partial Opposition to Petition to Enforce Arbitral Award and Cross-Motion on September 20, 2021 (ECF No. 29); and Ecuador filed its Reply on October 18, 2021 (ECF No. 40).  Each Party submitted an Expert Report, Fact Witness Declaration, and numerous exhibits with its briefs addressing the Cross-Motion.

After the completion of briefing on Perenco's Petition and Ecuador's Cross-Motion, the NCJ—Ecuador's highest court for non-constitutional matters—issued the November 8 Decision, which vacated one of the judgments for which Ecuador seeks setoff and remanded it to the lower courts.  Following meet-and-confer efforts, the Parties agreed that the November 8 Decision is relevant to their dispute and should be added to the record before the Court.  However, the Parties disagree on the consequences of the November 8 Decision for the dispute.  Accordingly, the Parties jointly move the Court for leave to add the November 8 Decision to the record and submit briefs stating their respective positions (each limited to ten pages and to the issue of the November 8 Decision's relevance to the matters in dispute) according to the following briefing schedule:

> Perenco shall file its opening brief by January 25, 2022;
>
> Ecuador shall file a responsive brief by February 15, 2022;
>
> Perenco shall file any reply brief by February 22, 2022.

The Parties also move for leave to submit with each brief an Export Report and/or Fact Witness Declaration and such exhibits as are necessary to support their respective arguments on the consequences of the November 8 Decision.

The Parties further move this Court to schedule oral argument on Perenco's Petition and Ecuador's Cross-Motion, which will be fully briefed on February 22, 2022, when the Parties complete their submissions on the November 8 Decision.  Perenco first filed its request for arbitration with ICSID on April 30, 2008, Consolidated Response, at 6-7, and petitioned this Court for enforcement of the resulting Award on October 1, 2019, *see* ECF No. 1.  Both Parties wish to conclude this long-running dispute as expeditiously as possible.  The Parties would greatly appreciate it if argument were to be scheduled on or before March 18, 2022, given that

counsel for Perenco has significant trial commitments in the months thereafter, insofar as the Court's schedule can accommodate the request.

For these reasons, the Parties jointly move the Court to enter the attached Proposed Order supplementing the record with the November 8 Decision, setting a briefing schedule, and scheduling oral argument.

Dated:  January 14, 2022

DEBEVOISE & PLIMPTON LLP                DECHERT LLP


/s/ Mark W. Friedman                     /s/ Alexandre de Gramont

Mark W. Friedman                         Alexandre de Gramont
D.D.C. Bar No. NY0328                    D.C. Bar No. 430640
mwfriedman@debevoise.com                 alex.degramont@dechert.com

919 Third Avenue                         1900 K Street, N.W.
New York, NY 10022                       Washington, DC 20006
Ph: (212) 909-6000                       Ph: (202) 261-3300

*Attorneys for Petitioner*                *Attorneys for Respondent*
*Perenco Ecuador Limited*                 *Republic of Ecuador*