Republic of Ecuador                    *4452*                    **Internal Revenue Service**

**Enforcement Proceeding No. DZ9-COBUAPC19-00000225**


**INTERNAL REVENUE SERVICE**

**ZONE 9 OFFICE**

**DEPARTMENT OF COLLECTIONS**


**SUSPENSION ORDER No. DZ9-COBPGEC22-000000225**

**COLLECTIONS DEPARTMENT – OFFICE OF ENFORCEMENT OF THE ZONE 9 OFFICE OF THE INTERNAL REVENUE SERVICE**. Quito, on the 11th day of the month of January of 2022. **WHEREAS**. Based on Resolution No. **NAC-DNRRASI21-00000011** dated November 19, 2021, in which Atty. Lisseth Yolanda Urquiza Aguiar is appointed as Special Collection Agent for the Zone 9 Office of the Internal Revenue Service, Within Enforcement Procedure No. **DZ9-COBUAPC19-00000225** pursued by the Internal Revenue Service against the taxpayer **PERENCO ECUADOR LIMITED IN LIQUIDATION whose RUC [Tax ID] is 1791823508001**, as well as the individuals responsible for its representation in the period when the tax obligation(s) were generated, Messrs. **GOODRICH LELAND, GARO PATRICK, MARC VIEUILLE**, and its liquidators Messrs. **LABRADOR JIMENEZ EMILIO and BUENO CARRASCO ESTEBAN FRANCISCO**. With respect to the Judgment of the Specialized Tax Litigation Division of the National Court of Justice, within case No. 17505-2007-24646 dated November 8, 2021, which in its decision stated: "(…) DECISION – *In view of the abovementioned considerations, this Specialized Tax Litigation Division of the National Court of Justice, ADMINISTERING JUSTICE ON BEHALF OF THE SOVEREIGN STATE OF ECUADOR, AND BY THE AUTHORITY OF THE CONSTITUTION AND THE LAWS OF THE REPUBLIC, rules to SET ASIDE the ruling issued by the District Court of Tax Litigation headquartered in the Metropolitan District of Quito, Province of Pichincha, on December 4, 2017, at 12:12 PM, within challenge proceeding No. 17505-2007-24646. Because there is no decision on the merits of the underlying litigation, it is ordered that the case be returned to the Court so that the same Court, or another maintaining the preliminary opinion of the trial court judge, will issue a judgment on the matters in dispute, as quickly as possible (…)."* In light of the foregoing and in view of the stage of the proceeding, this Tax Administration **ORDERED**: **1) TO SUSPEND** Enforcement Proceeding No. **DZ9-COBUAPC19-00000225** against the taxpayer **PERENCO ECUADOR LIMITED IN LIQUIDATION whose RUC [Tax ID] is 1791823508001**, as well as the individuals responsible for its representation in the period when the tax obligation(s) were generated, Messrs. **GOODRICH LELAND, GARO PATRICK, MARC VIEUILLE**, and its liquidators Messrs. **LABRADOR JIMENEZ EMILIO and BUENO CARRASCO ESTEBAN FRANCISCO**. In this enforcement proceeding, Eng. Darwin Cadena

Republic of Ecuador                                                           Internal Revenue Service

Chávez acts as Ad-Hoc Secretary. Notify the taxpayer **PERENCO ECUADOR LIMITED IN LIQUIDATION**, as well as the individuals responsible for its representation in the period when the tax obligation(s) were generated, Messrs. **GOODRICH LELAND, GARO PATRICK, MARC VIEUILLE**, and its liquidators Messrs. **LABRADOR JIMENEZ EMILIO and BUENO CARRASCO ESTEBAN FRANCISCO**, through the Ad-Hoc secretary or the notification agent designated for such purpose. **SO ORDERED. NOTICE HEREOF SHALL BE SERVED ON THE PARTIES.**

The above ruling was ordered and signed by Atty. Lisseth Yolanda Urquiza Aguiar, **Special Collection Agent** for the Zone 9 Office of the Internal Revenue Service in Quito on the 11th day of the month of January of 2022. **I CERTIFY.**

[qr code] DARWIN ALONSO
CADENA CHAVEZ
_____        [stamp:]

Eng. Darwin Cadena Chávez

**AD-HOC SECRETARY**

| |
|---|
| SRI – INTERNAL REVENUE SERVICE |
| [illegible] SECRETARY |
| [illegible] |
| JAN 11, 2022 |
| [signatures] |
| Eng. Henry R. [illegible] |
| ZONE 9 SECRETARY |
| INTERNAL REVENUE SERVICE |



4452

Servicio de Rentas Internas

República
del Ecuador

Procedimiento de Ejecución Coactiva No. DZ9-COBUAPC19-00000225

SERVICIO DE RENTAS INTERNAS
DIRECCION ZONAL 9
DEPARTAMENTO DE COBRO

PROVIDENCIA DE SUSPENSIÓN No. DZ9-COBPGEC22-00000025

DEPARTAMENTO DE COBRO - COORDINACIÓN DE COACTIVAS DE LA DIRECCIÓN ZONAL 9 DEL SERVICIO DE RENTAS INTERNAS.- Quito, a los 11 días del mes de enero del 2022.- VISTOS.- Con base en la Resolución No. NAC-DNRRASI21-00000011 de fecha 19 de noviembre de 2021, en la cual se designa como Recaudadora Especial de la Dirección Zonal 9 del Servicio de Rentas Internas a la Abg. Lisseth Yolanda Urquiza Aguiar - Dentro del Procedimiento de Ejecución Coactiva No. DZ9-COBUAPC19-00000225, seguido por el Servicio de Rentas Internas en contra del contribuyente PERENCO ECUADOR LIMITED EN LIQUIDACION con RUC No. 1791823508001, así como a sus responsables por representación en el período de generación de la(s) obligación(es) tributaria(s), los señores GOODRICH LELAND, GARO PATRICK, MARC VIEUILLE, y sus liquidadores los señores LABRADOR JIMENEZ EMILIO y BUENO CARRASCO ESTEBAN FRANCISCO. En atención a la Sentencia de la Sala Especializada de lo Contencioso Tributario de la Corte Nacional de Justicia dentro del juicio Nro. 17505-2007-24646 de fecha 08 de noviembre de 2021, que en su parte resolutiva indica: "(...) DECISIÓN.- Por las consideraciones antes referidas, esta Sala Especializada de lo Contencioso Tributario de la Corte Nacional de Justicia, ADMINISTRANDO JUSTICIA, EN NOMBRE DEL PUEBLO SOBERANO DEL ECUADOR, Y POR AUTORIDAD DE LA CONSTITUCIÓN Y LAS LEYES DE LA REPÚBLICA, resuelve CASAR el fallo dictado por el Tribunal Distrital de lo Contencioso Tributario con sede en el Distrito Metropolitano de Quito, provincia de Pichincha, el 4 de diciembre de 2017, las 12h12, dentro del juicio de impugnación No. 17505-2007-24646. En razón de no existir una decisión de mérito sobre el fondo del litigio, se dispone que el proceso vuelva al Tribunal, para que el mismo Tribunal, u otro, manteniendo la ponencia en el Juez sustanciador, expida sentencia sobre los temas controvertidos, a la brevedad posible. (...)". Por lo expuesto y en atención al estado de la causa, esta Administración Tributaria; DISPONE: 1) SUSPENDER el Procedimiento de Ejecución Coactiva No. DZ9-COBUAPC19-00000225 seguido en contra del contribuyente PERENCO ECUADOR LIMITED EN LIQUIDACION con RUC No. 1791823508001, así como a sus responsables por representación en el período de generación de la(s) obligación(es) tributaria(s), los señores GOODRICH LELAND, GARO PATRICK, MARC VIEUILLE, y sus liquidadores los señores LABRADOR JIMENEZ EMILIO y BUENO CARRASCO ESTEBAN FRANCISCO. Actúe en el presente procedimiento de ejecución coactiva como Secretario Ad-hoc, el Ing. Darwin Cadena

www.sri.gob.ec





República
del Ecuador

# Servicio de Rentas Internas

Chávez.- Notifíquese al contribuyente **PERENCO ECUADOR LIMITED EN LIQUIDACION**, así como a sus responsables por representación en el período de generación de la(s) obligación(es) tributaria(s), los señores **GOODRICH LELAND, GARO PATRICK, MARC VIEUILLE**, y a sus liquidadores los señores **LABRADOR JIMENEZ EMILIO** y **BUENO CARRASCO ESTEBAN FRANCISCO**, a través de la secretaria Ad-Hoc o del notificador designado para el efecto.- **CÚMPLASE Y NOTIFÍQUESE.**

Proveyó y firmó providencia que antecede, la Abg. Lisseth Yolanda Urquiza Aguiar, **Recaudadora Especial**, de la Dirección Zonal 9 del Servicio de Rentas Internas, en Quito, a los 11 días del mes de enero del 2022.- **CERTIFICO.-**

DARWIN ALONSO
CADENA CHAVEZ

Ing. Darwin Cadena Chávez
**SECRETARIO AD-HOC**



# LIONBRIDGE

STATE OF NEW YORK )
 )
 ) ss
COUNTY OF NEW YORK )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached Suspension Order, dated January 11, 2022.

Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me

this ___18___ day of ___JANUARY___, 20 __22__ .

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023