IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERENCO ECUADOR LTD., ) | |
| *Petitioner*, ) | |
| v. ) | Case No. 19-cv-02943-JMC |
| THE REPUBLIC OF ECUADOR, ) | |
| *Respondent*. ) | |
| ) | |

**JOINT MOTION FOR A STATUS CONFERENCE**

Petitioner Perenco Ecuador Limited ("Perenco") and Respondent Republic of Ecuador ("Ecuador," and together with Perenco, the "Parties") jointly submit this Motion for a Status Conference with respect to Perenco's Petition to Enforce Arbitral Award, ECF No. 1, and Ecuador's Partial Opposition to Petition to Enforce Arbitral Award and Cross-Motion for Setoff, ECF No. 20.

Perenco commenced this action over two-and-a-half years ago, on October 1, 2019. The Parties understand that the resolution of the matter has been delayed for various reasons, including a stay of the case pending annulment proceedings and the elevation of the original U.S. District Judge assigned to the case to the Court of Appeals. However, now that briefing on the matter is complete, both Parties wish to conclude this long-running dispute as expeditiously as possible. The Parties therefore jointly move the Court to schedule a conference at its earliest convenience to assess if the Parties can be of any further assistance to the Court in its resolution of the Parties' now-fully briefed submissions.

Dated: May 26, 2022

| | |
|---|---|
| DEBEVOISE & PLIMPTON LLP | DECHERT LLP |
| /s/ Mark W. Friedman | /s/ Alexandre de Gramont |
| Mark W. Friedman<br>D.D.C. Bar No. NY0328<br>mwfriedman@debevoise.com | Alexandre de Gramont<br>D.C. Bar No. 430640<br>alex.degramont@dechert.com |
| 919 Third Avenue<br>New York, NY 10022<br>Ph: (212) 909-6000 | 1900 K Street, N.W.<br>Washington, DC 20006<br>Ph: (202) 261-3300 |
| *Attorneys for Petitioner*<br>*Perenco Ecuador Limited* | *Attorneys for Respondent*<br>*Republic of Ecuador* |